**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02878-DDD-MEH

ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,

       Plaintiff,

v.

 ZOOM VIDEO COMMUNICATIONS, INC.,

       Defendant.

**DECLARATION OF ANDREW T. JONES IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER VENUE**

I, Andrew T. Jones, hereby declare:

1.  I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently under oath to the matters contained herein.

2.  I am an attorney at Durie Tangri LLP, counsel for Defendant Zoom Video Communications, Inc. in the above-captioned matter.

3.  Attached hereto as Exhibit A is a printout of the relevant portions of the publicly-available LinkedIn profile associated with the named inventor.  This document reflect that the named inventor reports to be based in Florida.

4.  Attached hereto as Exhibit B are printouts of the USPTO bar profiles associated with the attorneys responsible for prosecuting the asserted patents.  They reflect that these attorneys are based in Florida and Illinois.

5.  Attached hereto as Exhibit C are printouts from the websites for Denver International Airport and San Francisco International Airport.  They reflect that Denver International Airport has a single direct flight to Asia, terminating in Tokyo, and that San Francisco International Airport has flights to eight separate destinations within China—six of which are nonstop flights.

6.  Attached hereto as Exhibit D are printouts of the relevant portions of reports generated by DocketNavigator regarding the time to various milestones in all patent cases terminated between 9/1/2017 and 8/31/2020.  They reflect that the median time to trial for such cases in the Northern District of California was 26.8 months and the median time to trial for such cases in the District of Colorado was 37.7 months.

I hereby declare under penalty of perjury under the laws of the United Sates that the

foregoing is true and correct to the best of my knowledge.

Dated: November 17, 2020

By:     */s/ Andrew T. Jones*
      ANDREW T. JONES

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2020, I electronically filed a true and correct copy of the foregoing **DECLARATION OF ANDREW T. JONES IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

jay@kjpllc.com
ajones@durietangri.com

*/s/ Timothy C. Saulsbury*

# EXHIBIT A

# Leigh Rothschild

CEO AND FOUNDER at Qmage, Inc.
North Miami Beach

## Contact

www.linkedin.com/in/leigh-rothschild-bab450b (LinkedIn)

## Top Skills

Management
Strategic Planning
Start-ups

## Languages

English (Native or Bilingual)
French (Limited Working)

## Summary

Mr. Rothschild is the founder and CEO of Qmage, Inc. a revolutionary technology company connecting people to things. Mr. Rothschild is also the Managing Member of Rothschild Trust Holdings, LLC an intellectual property holding company. Mr. Rothschild is one of the most prolific inventors in the United States and currently as sole inventor has more then 125 issued patents and 250 pending patents.   Mr. Rothschild's first patent for quadrophonic music  was conceived when he was 17 years of age and granted shortly thereafter.   Mr. Rothschild has licensed and sold patents within his patent portfolio to many of the  major Fortune 100 companies around the world  including Apple, and Intellectual Ventures, General Motors, Home Depot   among others, and his technologies are in use at companies ranging from most major automotive companies, and  Ebay, to the US Department of Commerce, and Citrix, among  many others. From October 1998 through February 2004, Mr. Rothschild was Chairman and founder of BarPoint.com, a NASDAQ publicly traded wireless information company  that was the leader and early creator of connecting symbology such as barcodes to the internet.  Mr. Rothschild is the holder and inventor  of many patents in this area.  Barpoint.com was sold in February of 2004. Prior to founding BarPoint, Mr. Rothschild was Chairman and Chief Executive Officer of IntraCorp Entertainment, Inc., a consumer software company with worldwide product distribution.

Mr. Rothschild is a former presidential appointee to the High-Resolution Board for the United States under former President George H. W. Bush. He has served Governors on technology boards and served as a special advisor to then Florida Secretary of Commerce Jeb Bush. Mr. Rothschild also served on the IT Florida Technology Board as an appointee of former Governor Jeb Bush. Mr. Rothschild  also chairs the Rothschild Family Foundation, which endows outstanding charities and institutions including Univerity of Miami.

## Experience

**Qmage Inc.**
CEO AND FOUNDER
January 2018 - Present (2 years 11 months)
Miami/Fort Lauderdale Area

A revolutionary technology company to connect people

**Rothschild Trust Holdings, LLC**
Managing Director

**BarPoint,Inc.**
Chairman and CEO
January 1998 - January 2005 (7 years 1 month)

Nasdq traded leading ecommerce company that invented linking barcodes to the internet.  Sold in 2005.  Patented technology  now being used by companies such as Google, Ebay, and Microsoft among others.

**IntraCorp Entertainment**
Chairman
1984 - 1988 (4 years)

Proud creator of software  including William Shatners Tek War, Tom Clancy's Patriot Games,  Trump Castle, Corridor 7, WitchHaven,  Home Alone 2,  Joyce Borthers Psychology, among others.  Offices and distribution around the world.

## Education

**University of Miami Herbert Business School**
Graduate Degree Business  · (1973 - 1975)

# EXHIBIT B

## PRACTITIONER DETAILED INFORMATION

| | |
|---|---|
| Last Name | Weisberg |
| First Name | Alan |
| Middle Name | M |
| Suffix | |
| Firm Name | Christopher & Weisberg PA |
| Address | 1232 North University Drive |
| City | Plantation |
| State/Province | FL |
| Postal Code | 33322 |
| Country | US |
| Primary Telephone | (954) 828-1488 |
| Registration/Recognition Number | 43982 |
| Status | ATTORNEY |
| Date Registered as Attorney | 02/16/1999 |
| US Government Employee | No |
| Reciprocity under 37 CFR § 11.6(c) | No |
| Currently Accepting New Clients | YES |

**Data extracted on Mon Nov 16 19:58:13 EST 2020**

## PRACTITIONER DETAILED INFORMATION

| | |
|---|---|
| **Last Name** | Das |
| **First Name** | Atanu |
| **Middle Name** | |
| **Suffix** | |
| **Firm Name** | Techlaw LLP |
| **Address** | 2851 N. Burling St. Unit 15 |
| **City** | Chicago |
| **State/Province** | IL |
| **Postal Code** | 60657 |
| **Country** | US |
| **Primary Telephone** | (630) 710-0094 |
| **Registration/Recognition Number** | 62413 |
| **Status** | ATTORNEY |
| **Date Registered as Attorney** | 05/28/2008 |
| **US Government Employee** | No |
| **Reciprocity under 37 CFR § 11.6(c)** | No |
| **Currently Accepting New Clients** | YES |

**Data extracted on Mon Nov 16 20:00:40 EST 2020**

# EXHIBIT C



Travelers  Business  About DEN  Westin Hotel  DEN Real Estate  Improvements

Home | Flights, Airlines | Security | Parking, Transport | Dine, Relax, Shop | Services | Map

## Flights, Airlines

- DESTINATIONS BY AIRLINE
- DOMESTIC SERVICE
- INTERNATIONAL SERVICE
- NEW SERVICE

## Asia



Updated as of September 2020. Please check with your airline for current flight schedules.

 United

Tokyo-Narita, Japan (NRT) - Year-round

8500 Peña Blvd | Denver, Colorado U.S.A. 80249 | © City & County of Denver Department of Aviation

  

     

Careers | Contact Us | Media Center | Newsletters | Nondiscrimination | Privacy Policy

## International Destinations

| Airport | City |
|---|---|
| AKL | Auckland, NZ |
| AMS | Amsterdam, NL |
| BCN | Barcelona, ES |
| BLR | Bangalore, IN (via Delhi) |
| BNE | Brisbane, AU |
| CAN | **Guangzhou, CN** |
| CDG | Paris-De Gaulle, FR |
| CKG | Chongqing, CN (via Beijing) |
| CPH | Copenhagen, DK |
| CTU | **Chengdu, CN** |
| CUN | Cancun, MX |
| DEL | Delhi, IN |
| DUB | Dublin, IE |
| DXB | Dubai, AE |
| FRA | Frankfurt, DE |
| GDL | Guadalajara, MX |
| HEL | Helsinki, FI |
| HKG | Hong Kong, HK |
| HND | Tokyo-Haneda, JP |
| ICN | Seoul-Incheon, KR |
| IST | Istanbul, TR |
| KIX | Osaka-Kansai, JP |
| KMG (via TAO) | Kunming, CN |
| LGW | London-Gatwick, GB |
| LHR | London-Heathrow, GB |
| LIS | Lisbon, PT |
| MAD | Madrid, ES |
| MEL | Melbourne, AU |
| MEX | Mexico City, MX |
| MNL | Manila, PH |
| MUC | Munich, DE |
| NAN | Nadi, FJ |
| NRT | Tokyo-Narita, JP |
| ORY | Paris-Orly, FR |
| PEK | **Beijing, CN** |
| PPT | Papeete, PF |
| PTY | Panama City, PA |
| PVG | **Shanghai, CN** |
| PVR | Puerto Vallarta, MX |
| SAL | San Salvador, SV |
| SIN | Singapore, SG |
| SJD | San Jose Cabo, MX |
| SYD | Sydney, AU |
| TAO | **Qingdao, CN** |
| TLV | Tel Aviv, IL |
| TPE | Taipei, TW |
| WUH | **Wuhan, CN** |
| YEG | Edmonton, CA |
| YUL | Montréal, CA |
| YVR | Vancouver, CA |
| YYC | Calgary, CA |
| YYZ | Toronto, CA |
| ZRH | Zurich, CH |

- Overview
- Airport Terms & Media FAQs
- Facts & Statistics
- Films Shot at SFO
- Filming at SFO
- Images, Videos & Maps
- Livestream
- Media Procedures
- Press Releases
- Weather Impact

119 Shares

Visit SFOMuseum › | Business at SFO | About | Media | Community | Environment | Contact | Careers | Lost & Found

FAQs | Site Map | FREE WIFI | Privacy & Cookie Use | Public Notices | Agendas | © San Francisco International Airport

# EXHIBIT D

Docket Navigator

## U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 18 | 12.0 | 12.4 | 14.6 | 19.6 | 32.6 | 57.7 | 57.7 | 25.5 |
| Patentee MSJ | 6 | 20.7 | | | 32.0 | | | 60.0 | 34.7 |
| Infringement | 3 | 37.7 | | | 50.2 | | | 50.3 | 46.1 |
| Patent not invalid | 20 | 7.6 | 7.6 | 12.1 | 16.8 | 45.8 | 57.7 | 57.7 | 25.9 |
| Patent enforceable | 5 | 16.8 | | | 16.8 | | | 32.9 | 20.0 |
| Patent Challenger MSJ | 11 | 8.6 | 10.2 | 10.6 | 20.7 | 52.6 | 60.0 | 60.0 | 28.1 |
| Noninfringement | 8 | 12.2 | | | 62.6 | | | 65.3 | 52.8 |
| Patent invalid | 14 | 12.2 | 31.7 | 35.5 | 60.0 | 65.3 | 70.7 | 70.7 | 53.1 |
| Damages | 2 | 37.7 | | | 39.6 | | | 41.5 | 39.6 |
| Injct/Ongoing Royalty | 6 | 16.8 | | | 16.8 | | | 50.2 | 27.9 |
| Enhncd Dam/Atty Fees | 3 | 18.7 | | | 18.7 | | | 62.2 | 33.2 |
| ==Jury Trial== | 7 | 31.9 | | | ==37.7== | | | 37.7 | 35.2 |
| Bench Trial | 1 | 50.2 | | | | | | 50.2 | 50.2 |
| Transfer | 5 | 1.9 | | | 4.0 | | | 7.3 | 4.6 |
| Stay | 65 | 0.7 | 1.8 | 4.3 | 9.0 | 14.6 | 40.2 | 59.3 | 11.7 |
| Appeal | 12 | 9.0 | 10.6 | 12.0 | 27.8 | 51.9 | 65.7 | 65.7 | 32.1 |
| Likely Settlement | 111 | | 0.0 | 2.2 | 2.9 | 4.9 | 18.0 | 23.9 | 4.5 |
| Mature Termination | 48 | 1.9 | 2.3 | 9.6 | 18.5 | 33.8 | 65.3 | 65.3 | 21.8 |

#### U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 110 | 5.5 | 7.2 | 12.2 | 16.2 | 24.4 | 121.2 | 124.9 | 26.1 |
| Patentee MSJ | 47 | 7.5 | 7.5 | 19.1 | 23.4 | 27.3 | 97.7 | 97.7 | 26.6 |
| Infringement | 129 | 4.3 | 4.3 | 11.7 | 16.3 | 24.6 | 64.5 | 72.8 | 19.3 |
| Patent not invalid | 163 | 3.6 | 4.5 | 11.9 | 17.6 | 26.7 | 88.3 | 124.3 | 23.1 |
| Patent enforceable | 17 | 4.5 | 4.5 | 15.8 | 24.0 | 26.0 | 33.3 | 33.3 | 21.4 |
| Patent Challenger MSJ | 95 | 0.4 | 4.8 | 17.5 | 24.5 | 33.6 | 72.3 | 72.3 | 26.4 |
| Noninfringement | 118 | 4.7 | 10.4 | 16.3 | 23.1 | 39.0 | 100.8 | 125.1 | 32.5 |
| Patent invalid | 163 | 2.4 | 3.9 | 5.8 | 10.6 | 24.3 | 82.0 | 82.1 | 17.9 |
| Patent unenforceable | 4 | 16.3 | | | 29.2 | | | 42.1 | 29.2 |
| Damages | 56 | 8.8 | 11.0 | 19.8 | 28.2 | 35.2 | 85.1 | 85.1 | 33.0 |
| TRO/Prelim Injct | 9 | 1.0 | | | 3.4 | | | 14.4 | 6.8 |
| Injct/Ongoing Royalty | 53 | 2.5 | 2.5 | 10.4 | 13.4 | 36.6 | 80.4 | 80.4 | 24.8 |
| Enhncd Dam/Atty Fees | 34 | 8.8 | 10.9 | 15.8 | 22.2 | 36.6 | 73.9 | 73.9 | 27.8 |
| Sanctions | 10 | 9.0 | 9.8 | 13.3 | 19.3 | 40.1 | 46.4 | 46.4 | 25.8 |
| ==Jury Trial== | 129 | 12.2 | 12.5 | 18.0 | ==26.8== | 38.5 | 84.9 | 85.1 | 34.9 |
| Bench Trial | 3 | 13.6 | | | 21.5 | | | 73.4 | 36.2 |
| Transfer | 16 | | 3.0 | 3.7 | 5.0 | 12.6 | 37.5 | 37.5 | 8.8 |
| Stay | 283 | 0.1 | 0.9 | 3.6 | 9.8 | 17.7 | 84.8 | 118.0 | 15.5 |
| Appeal | 163 | -19.7 | 3.7 | 8.7 | 23.3 | 41.5 | 97.2 | 125.8 | 30.2 |
| Likely Settlement | 428 | 0.0 | 0.5 | 2.5 | 4.3 | 7.7 | 41.6 | 90.6 | 6.8 |
| Mature Termination | 282 | 0.1 | 2.8 | 7.7 | 17.5 | 34.0 | 90.5 | 125.1 | 25.1 |