IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02878-DDD-MEH

ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC

    Plaintiff,

v.                                                                    PATENT CASE

ZOOM VIDEO COMMUNICATIONS, INC.

    Defendant.

## **JOINT STIPULATION OF DISMISSAL**

    Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Zoom Video Communications, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation shall finally resolve the Action between the parties.

Dated: February 24, 2021                   Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEY FOR PLAINTIFF**

/s/Timothy Saulsbury
**Andrew T. Jones**
Durie Tangri LLP-Los Angeles
953 East 3rd Street
Los Angeles, CA 90013
213-992-4499
Email: ajones@durietangri.com

**Timothy C. Saulsbury**
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666
Fax: 415-236-6300
Email: tsaulsbury@durietangri.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2021 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was electronically filed and served via CM/ECF on Defendant's counsel.

/s/*Jay Johnson*
Jay Johnson